HONORABLE ROBERT LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DPI SPECIALTY FOODS, INC., a Delaware corporation. <br><br> Defendant. | No. 2:18-CV-00952-RSL <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADINGS |

### I. STIPULATION

Pursuant to LCR 7(j), Defendant DPI Specialty Foods, Inc. ("Defendant") and Plaintiff Northwest Administrators, Inc. ("Plaintiff") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and move this Court for an order extending the deadline for Defendant to file responsive pleadings under Fed. R. Civ. P. 81 until August 30, 2018.

The parties stipulate that good cause exists under both Federal Rule of Civil Procedure 16(b) and LCR 10(g), to extend the deadline for Defendant to answer Plaintiff's Complaint to August 30, 2018 because the Parties are nearing a resolution of this matter that will obviate any further proceedings. Specifically, this action concerns delinquent trust fund contributions and, pursuant to recent informal discussions between the Parties, some of the delinquent contributions have been made by Defendant to Plaintiff. The Parties are discussing the appropriate allocation of the recently disbursed funds pursuant to the pension trust fund's direction and, once all delinquent contributions and attendant amounts have been paid, this matter will be resolved.

STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE
PLEADINGS- 1
(CASE NO2:18-CV-00952.)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1  **IT IS SO STIPULATED.**

2  Respectfully submitted this 9th day of August, 2018.

3

4                                                Respectfully submitted,

5

6                                                JACKSON LEWIS P.C.

7

8                                                By: *s/Michael Griffin*
9                                                     Michael A. Griffin, WSBA #29103
                                                     Jackson Lewis P.C.
10                                                   520 Pike Street, Suite 2300
                                                     Seattle, WA 98101
11                                                   Telephone:  206-405-0404
                                                     michael.griffin@jacksonlewis.com
12                                                   Attorney for Defendant

13

14
                                                 REID, McCARTHY, BALLEW & LEAHY, LLP
15

16                                               By: *s/Russell Reid*
                                                     Russell J. Reid WSBA #2560
17                                                   Reid, McCARTHY, BALLEW & LEAHY, LLP
18                                                   100 West Harrison Street
                                                     North Tower, Suite 300
19                                                   Seattle, WA  981119
                                                     Telephone:  202-285-0464
20                                                   rjr@rmbllaw.com
                                                     Attorney for Plaintiff
21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE
PLEADINGS- 2
(CASE NO2:18-CV-00952.)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

# ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADINGS

This matter came regularly before the Court through the stipulation filed by the Parties above. The Court, having considered the stipulation and the facts described therein, finds good cause for a continuance and hereby ORDERS as follows:

1. Defendant may file its responsive pleadings on or before August 30, 2018.

**DONE IN OPEN COURT** this 17th day of August, 2018.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE
PLEADINGS- 3
(CASE NO2:18-CV-00952.)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404