UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| NORTHWEST ADMINISTRATORS, INC., | NO. C18-00952-RSL |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| DPI SPECIALTY FOODS, INC., a Delaware corporation, | |
| Defendant. | |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Steven M. Zimmerman (pro hac vice) and Michael A. Griffin of Jackson Lewis P.C., attorneys for Defendant, DPI Specialty Foods, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own costs. This Stipulated Dismissal with Prejudice shall foreclose Plaintiff and the Trust, based on res judicata and/or other legal principles, from collecting additional contributions, liquidated damages, interest, attorneys' fees, and/or costs that relate to or arise in any way from the same contributions, liquidated damages, interest, attorneys' fees, and/or costs alleged to have been owed to Plaintiff or the Trust in this action. Each party to bear its own costs.

DATED this 23rd day of July, 2019.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | JACKSON LEWIS P.C. |
| *s/Russell J. Reid* | s/*Michael A. Griffin* |
| Russell J. Reid, WSBA #2560 | Michael A. Griffin, WSBA #29103 |
| Attorney for Plaintiffs | Steven M. Zimmerman |
|   NORTHWEST ADMINISTRATORS, INC. | Attorneys for Defendant |
| |   DPI SPECIALTY FOODS INC. |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own costs of suit. This Order shall foreclose Plaintiff and the Trust, based on res judicata and/or other legal principles, from collecting additional contributions, liquidated damages, interest, attorneys' fees, and/or costs that relate to or arise in any way from the same contributions, liquidated damages, interest, attorneys' fees, and/or costs alleged to have been owed to Plaintiff or the Trust in this action.

ORDER ENTERED this 30th day of July, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge